| ✎PROB 22<br>(Rev.  01/24) | DOCKET NUMBER *(Tran. Court)*<br>2:15-00688-DSF-3 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00047-JAD-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION<br>Western |
|---|---|---|
| Mr. Armando Soriano | NAME OF SENTENCING JUDGE<br>Dale S. Fischer | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>June 18, 2024 | TO<br>June 17, 2029 |

Filed ✔   Received   Entered   Served on
APR 03 2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
AMMi
BY: _____ DEPUTY

OFFENSE
Racketeer Influenced and Corrupt Organizations Conspiracy (RICO), Violent Crime in Aid of Racketeering, and Conspiracy to Possess with Intent to Distribute and Distribute Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Soriano has no intentions of returning to California and Nevada has requested jurisdiction to effectively address any matters that may arise.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          CENTRAL          DISTRICT OF          CALIFORNIA

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 22, 2026
*Date*

*Dale S. Fischer*
*United States District Judge*

 *This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF          Nevada

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/8/2026
*Effective Date*

*United States District Judge*